IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARRONE GRAY | : CIVIL ACTION |
| v. | : |
| SUPT. LOMAS, *et al.* | : NO. 09-268 |

## ORDER

AND NOW, this 16th day of July, 2009, upon consideration of the Petition for Writ of Habeas Corpus, Petitioner's Memorandum, the Commonwealth's Response, inclusive of all exhibits thereto, the Commonwealth's Supplemental Response, the other documents filed by the parties and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of her claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
ANITA B. BRODY, J.