IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARRONE GRAY,<br><br>Petitioner,<br><br>v.<br><br>SUPT. LOMAS, *et al.*,<br><br>Respondents. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 09-268<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 10th day of August, 2009, upon consideration of the Petition for Writ of Habeas Corpus, Petitioner's Memorandum, the Commonwealth's Response and Supplemental Response, inclusive of all exhibits thereto, and the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and the Petitioner's objections thereto, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED** without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of her claims. Consequently, a certificate of appealability is **DENIED**.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2009\A - K\Gray v. Lamas Order Affirming R&R.wpd